**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| CASSANDRA LOPEZ, an individual,<br><br>          Plaintiff,<br><br>    v.<br><br>WESTERN HYDROSTATICS, INC., a California corporation; and DOES 1-50, inclusive,<br><br>          Defendants. | CASE NO.  5:15-cv-02649-CAS-DTBx<br><br>(Hon. Christina A. Snyder, Ctrm. 5)<br><br>**[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:    November 13, 2015 |

The Court, having read the Joint Stipulation of Dismissal with Prejudice of the parties in the above-captioned matter, hereby dismisses the action with prejudice.


Dated: _September 28, 2017

_Christine A. Snyder_
_____
Honorable Christina A. Snyder
United States District Judge